# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI KEARBEY and HANK BRODERSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: 2:22-cv-01522-JAM-AC<br><br>District Judge: Hon. John A. Mendez<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs PINKI KEARBEY and HANK BRODERSON ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 23, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $175,747.68 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Dated: October 04, 2023　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE