# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI KEARBEY and HANK BRODERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-01522-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On October 31, 2023, both Parties filed a Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Joint Stipulation is **GRANTED**;
2. The Court **CONTINUES** the filing deadline of Plaintiffs' motion for attorneys' fees, costs, and expenses from November 2, 2023, to **January 10, 2024**; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  November 03, 2023       /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE