## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI KEARBEY and HANK BRODERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No.: 2:22-cv-01522-JAM-AC<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE (ECF No. 21)** |

Upon the Request of the Plaintiffs to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is **DISMISSED WITH PREJUDICE**.

Dated: October 23, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL**